IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Ronnie Odell Powell )
_____ )
Full name and prison number )
of plaintiff(s) )
 )
v. )  CIVIL ACTION NO. 2:06-CV-824-MEF
 )  (To be supplied by Clerk of
Sheriff,s Dornint Blake )  U.S. District Court)
_____ )
Sgt.Steven Ackins.Sgt.Kelly Dunn )
 )
Officer.Mr.Cosby.Marcus Blackburn )
_____ )
Officer Quashin.Standbrook )
_____ )
Nurse Isblla )
_____ )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

RECEIVED
2006 SEP 14 A 9:20

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ( ) NO (no)

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ( ) NO (no)

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s) _____

         _____

         Defendant(s) _____

         _____

      2. Court (if federal court, name the district; if state court, name the county) _____

         _____

3. Docket number _____

4. Name of judge to whom case was assigned _____
   _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____
   _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT Ronnie o. Powell #246865
Limestone Correctional ## Facility 28779 Nick Davis Rd.Harvest,Al.35749

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED Madison County Jail 9th floors of the Courthouse 100 North side Square.
Huntsville,Alabama.35801

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

   NAME                              ADDRESS

1. Sheriffs.Dornint Blake 100 North Side Square.Huntsville,

2. Alabama.35801 Address is the same for all the Violated

3. Sgt.Steven Ackins.Sgt.Kelly Dunn.Officer,Marcus Blackburn

4. Officer,Mr.Quashin. Officer,Mr.Standbrook Officer,Mr.Cosby.

5. Nurse Isbella

6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED 4-30-2006

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: My cell door open for two days Per.Sgt.Elliott and Sgt.Kelly Dunn.officer was pill call with Nurse Isbella. Officer Cosby return to close my cell.I told him that Sgt. Elliott,left my cell open because the Doc.gave me a bottom bunk profile and the lock cell was the only cell open with bottom Officer Cosby tryed to close my cell.I put arm out side the cel so he got mad and open the cell door all the way and hit and push me between the bed,and close the cell door.I was on the floor for 24-hours.with no medical care leg was swoblen,not a Sgt.or Lt.came to my Ad.So the other inmates was calling for officer.officer Quashie came back with Nurse Isbella,follow by officer Cosby yalling that he,s fakeing,it,s nothing wrong with

**STATE OF ALABAMA**
Department of Corrections
*Inmate Stationery*

wiyh him.Officer M Blackburn was making head count,and seen me on the floor .But still I receved no medical care.The next moning Officer Cosby came back to work  be for he when home he turn off my water. officer Cosby was passing out chow,I didn,t eat the food,but made my way to the door,once he left and drink my milk.Officer Cosby came back to pick up the food trays and stated:(see nothing wrong with him he got the milk) So i made my way to the toilet,and flooded my cell because my toilet water in the toilet was still on but not the drinking water.That was the first time i saw a Sgt. or Lt. in 24-hours
But before that happen  Officer Quashie came to cell to my cell and ask me to stop flooding my cell.I didn,t he took off his glasses,and open my cell, I was onknees and knock me down on the floor and put handcuff tightly on my wrist, Officer Cosby came in behine him and put leg cuff on my ankel they both roll me over on my back and they boty drug me on my back in the water by the handcuff and by the leg cuff.
Disregarding my medcail sisuation. That when I seen a Sgt.and Lt. That when got me a Nurse came on the floor I was in pain she ask me three qusetion and that was IT.She didn,t diagnosis me .
 The Nuse  Stated:to me that if you can,t get up than nothing i can do for you.
          Thank You:  P.S. I am sending you the 14th page Grievance that I file but never got a respon.

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

Officer Cosby intentionally interfering denying and delaying access me to or for medicl care ,Intentionally interfing with medical ####### treament.By stating:to nuse Isbella he just fakeing its nothing wrong with him and nuse Isbella didn,t see or diagnosis me .
Thay #### both left.Me on the floor.

GROUND TWO: _____

SUPPORTING FACTS: I was in deeep pain and denies medical care by Nurse Isbeella which violation of the Eighth Amendment. Delibrerate indifference .Serious medical needs of inmates cannot claim that it was not apparent to a reasonable person that such actions violate the law.

GROUND THREE: _____

SUPPORTING FACTS: _____

3

VI. **STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.**

I would like for the Courts to have Madison County Jail Topay for my medical bill to seen me to a outside Hospitl to ex-rays and ## get Diagnosis for my kne and back, and also recompnsate me for my pain and suffering. Thank you.

*/s/ Ronnie Powell*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on  8-22-06
                (Date)

Mark Reeve
Notary
Comm. Expires 8-26-07

*/s/ Ronnie Powell*
Signature of plaintiff(s)

4

2:06-CV-824-MEF

It's 14th Grievance Continuation to this!

Grievance Form Continuation Form 1 of 1 Grievance. (R.P.)

## Madison County Sheriff's Department
## Correction's Division
## Inmate Grievance Form

Inmate Name: Burns, Ronell  Jail I.D Number: 97418  Housing Unit: C-1/SN

Date/Time of Incident: 4-2-06  Officer Providing Grievance Form: _____

Describe Your Grievance: I was in A-3 Sgt. Elliot move me to a lockdown cell because I was complaing about being lock down in a cell with no Emergency button and no one in the day Room to help us in case of an Emergency. Sgt. Elliot move me to C-1 in a lock up cell. I ask him why was I being move to a lock up cell, with no write up. So he a-greed to leave my cell open because I didn't have a Disciplinary. My cell done was open for two or three days. I went to the Doctor because I was having back problem, because of two slip and fall.

Inmate Signature: Ronnie Powell  Date/Time Submitted: 5/1/06 (RP)

------

Officer/Supervisor Response

Receiving Officer's Signature: _____  Date/Time: 5/1/06

Response to Grievance: _____

Detention Officer (If Resolved Issue) Signature: _____  Date/Time: _____

Supervisor Signature: _____  Date/Time: _____

Division Commander Review: _____

Date: _____  Division Commander Signature: _____

White:DivCmdr    Canary:Grievance Supervisor    Pink:Final Disposition (Inmate Copy)    Gold: 1st Inmate Copy

**Madison County Sheriff's Department**
**Correction's Division**
**Inmate Grievance Form**

Grievance Form Continuatio
Form 1 of 2 Grievances

Inmate Name Ronnie Powell  Jail I.D. Number 36478  Housing Unit C-1/SN

Date/Time of Incident 4/24/06  Officer Providing Grievance Form _____

Describe Your Grievance I went to the Doctor on 4/26/06 I was put on meds and a sign to a lower bed. officer Cosby escort me back to my cell and lock my door. I told officer Cosby that, I didn't have a write up, and that Sgt. Elliot left my cell door open. Thats when Lt. Patton came into the picture. officer Cosby told me that per Lt. Patton stated; Policy all lock up cells supose to Remain Close when in use. Now, that I have seen the Doctor, officer Cosby came back and told me to pack up all things, and move me to

Inmate Signature Ronnie Powell  Date/Time Submitted 5/24 4/24 06 RP

---

Officer/Supervisor Response

Receiving Officer's Signature _____ Date/Time 5/1(?)/1/14/14

Response to Grievance _____
_____
_____
_____
_____
_____
_____
_____
_____

Detention Officer (If Resolved Issue) Signature _____ Date/Time _____

Supervisor Signature _____ Date/Time _____

Division Commander Review _____
_____
_____
_____

Date: _____  Division Commander Signature _____

White:DivCmdr   Canary:Grievance Supervisor   Pink:Final Disposition (Inmate Copy)   Gold: 1st Inmate Copy

Grievance Form Continuation
Form 1 of 3 Grievances

## Madison County Sheriff's Department
### Correction's Division
### Inmate Grievance Form

Inmate Name **Ronnie Powell**  Jail I.D. Number **36478**  Housing Unit **C-1/SN**

Date/Time of Incident **4/29/06**  Officer Providing Grievance Form _____

Describe Your Grievance  **C-2/SN I was there for one and half days until me and another inmate had some old words from the street. So I push the Emergency Button and ask officer Watkins, can I speak with Sgt. Dunn. I ask her can I use the free phone to try and make bond. She said no. So within that I sit back on my bed inmate "Jack" was looking me. I was looking at him. I don't have any time yet! I am still trying to make bond. So I push the Emergency button again Sgt. Dunn. I told that I have a enemy in C2/SN**

Inmate Signature **Ronnie Powell**  Date/Time Submitted **4/30/06**  (RP)

Officer/Supervisor Response

Receiving Officer's Signature _____ Date/Time _____ /06 /14/14

Response to Grievance _____

Detention Officer (If Resolved Issue) Signature _____ Date/Time _____

Supervisor Signature _____ Date/Time _____

Division Commander Review _____

Date: _____ Division Commander Signature _____

White:DivCmdr    Canary:Grievance Supervisor    Pink:Final Disposition (Inmate Copy)    Gold: 1st Inmate Copy

Grievance Form Continuation
Form 1 of 4 Grievances

## Madison County Sheriff's Department
### Correction's Division
### Inmate Grievance Form

Inmate Name **Ronnie Powell** Jail I.D. Number **36478** Housing Unit **C-1/SN**

Date/Time of Incident **4/24/06** Officer Providing Grievance Form _____

Describe Your Grievance: Sgt. Dunn had me move back to C-1/lockup cell. I was no longer in "SN." She stated that "it was the only cell open with a bottom bed. She could have done better than that. She thought I was mad about not useing the phone, and brought inmate Jack into the picture that was not it. officer Wilbank and Nurse Isiabell was doing pillcall the nurse didn't give me my med's. So by me being in a lock-up cell with no Emergency button I had to kick on the Door for help. officer Wilbank

Inmate Signature _Ronnie Powell_ Date/Time Submitted **5/30/06** RP

---

Officer/Supervisor Response

Receiving Officer's Signature _____ Date/Time ____ 1/10/14

Response to Grievance _____

Detention Officer (If Resolved Issue) Signature _____ Date/Time ____

Supervisor Signature _____ Date/Time ____

Division Commander Review _____

Date: _____ Division Commander Signature _____

White:DivCmdr    Canary:Grievance Supervisor    Pink:Final Disposition (Inmate Copy)    Gold: 1st Inmate Copy

Grievance Form Continuation
Form 1 of 5 Grievances

## Madison County Sheriff's Department
### Correction's Division
### Inmate Grievance Form

Inmate Name Ronnie Powell   Jail I.D. Number 36478   Housing Unit C-1/SN

Date/Time of Incident 4/29/06   Officer Providing Grievance Form _____

Describe Your Grievance Came back to C-1 and I told him that I get meds, that the Doctor put me on, officer wilbank told me that the Nurse didn't have any meds for me, which was a lie. I told him that Doctor william put me on some and I got some the night before. officer wilbank got mad and slam my food slot shut. I ask him to let me talk with his sgt, he sayed NO! Thats when I Flooded my cell. Sgt. Dunn officer watkins officer wilbank officer Tylee came to C-1 I told sgt. Dunn about my meds and her

Inmate Signature Ronnie Powell   Date/Time Submitted 5/1/06 R.P.

---
Officer/Supervisor Response

Receiving Officer's Signature _____ Date/Time _____

Response to Grievance _____

Detention Officer (If Resolved Issue) Signature _____ Date/Time _____

Supervisor Signature _____ Date/Time _____

Division Commander Review _____

Date: _____   Division Commander Signature _____

White:DivCmdr   Canary:Grievance Supervisor   Pink:Final Disposition (Inmate Copy)   Gold: 1st Inmate Copy

Grievance Form Continuation
Form 1 of 6 Grievnce

## Madison County Sheriff's Department
### Correction's Division
### Inmate Grievance Form

Inmate Name: Ronnie Powell   Jail I.D. Number: 36478   Housing Unit: C-1/SN

Date/Time of Incident: 4/29/06   Officer Providing Grievance Form: _____

Describe Your Grievance: officer professinal beheavcior. she let me talk and she agreed to leave my cell door open. she told officer wil brw/t to leave my cell door open. the inmates in C-1 witness this. officer Quashie new that my Door was open. He and officer Cosby, serve me chow for two days with out saying anything. I was getting my own food on my own Free will. untill officer Cosby and Nurse Isabell was doing pill call I was in the shower, I ask inmate Jones in C-1 to ask officer Cosby can the nurse

Inmate Signature: _____   Date/Time Submitted: 5/1/06

------------------------------------------------------------

Officer/Supervisor Response

Receiving Officer's Signature: _____   Date/Time: __/__/14/14

Response to Grievance: _____

Detention Officer (If Resolved Issue) Signature: _____   Date/Time: _____

Supervisor Signature: _____   Date/Time: _____

Division Commander Review: _____

Date: _____   Division Commander Signature: _____

White:DivCmdr   Canary:Grievance Supervisor   Pink:Final Disposition (Inmate Copy)   Gold: 1st Inmate Copy

Grievance Form Continuation
Form 1 of 7 Grievance

# Madison County Sheriff's Department
## Correction's Division
## Inmate Grievance Form

Inmate Name  Ronnie Powell   Jail I.D. Number 36478   Housing Unit C-1/SN

Date/Time of Incident 4/29/06  Officer Providing Grievance Form _____

Describe Your Grievance bring me my meds. I got out of the shower naked and went to my door to receive my meds because my door had a food slot. I reach my hand through the slot and got my medication. That when officer Cosby tryed to shut my door. "let me remind you that this officer was still doing pill" I put my hand in the door way because he was tring to close my cell. I ask him to finish pill call and ask sgt. Dunn about leaving my door open. he said I don't got ask sgt. Nothing per. LT Patton

Inmate Signature _Ronnie Powell_  Date/Time Submitted 5/1/06

---

Officer/Supervisor Response

Receiving Officer's Signature _____ Date/Time ___/14/14

Response to Grievance _____

Detention Officer (If Resolved Issue) Signature _____ Date/Time _____

Supervisor Signature _____ Date/Time _____

Division Commander Review _____

Date: _____ Division Commander Signature _____

White:DivCmdr    Canary:Grievance Supervisor    Pink:Final Disposition (Inmate Copy)    Gold: 1st Inmate Copy

Grievance Form Continuation
Form 1 of 8 Grievance

## Madison County Sheriff's Department
## Correction's Division
## Inmate Grievance Form

Inmate Name **Ronnie Powell** Jail I.D. Number **36478** Housing Unit **C-1/SN**

Date/Time of Incident **4/29/06** Officer Providing Grievance Form _____

Describe Your Grievance and me to remove my arm out of the door was I said no. He then open my door wide open and push me real hard in my chest, sending back against the bed, bending leg over the bed, and hitting my elbow on the toilet along with my back on the floor, officer Cosby slamed my door close, and lift me on the floor. Inmates in C-1 witness all of this. Inmate ~~[redacted]~~ RN Burney MAC in C-1 Kick the door to get me some help. officer Quashie and Nurse Isabell, came in my cell

Inmate Signature **Ronnie Powell** Date/Time Submitted **5/1/06**

---

Officer/Supervisor Response

Receiving Officer's Signature _____ Date/Time _____ /14/06

Response to Grievance _____

Detention Officer (If Resolved Issue) Signature _____ Date/Time _____

Supervisor Signature _____ Date/Time _____

Division Commander Review _____

Date: _____ Division Commander Signature _____

White:DivCmdr    Canary:Grievance Supervisor    Pink:Final Disposition (Inmate Copy)    Gold: 1st Inmate Copy

Grievance Form Continuation
Form 1 of 9 Grievance

## Madison County Sheriff's Department
## Correction's Division
## Inmate Grievance Form

Inmate Name Ronnie Powell  Jail I.D. Number 36478  Housing Unit C-1/2N

Date/Time of Incident 4/29/06  Officer Providing Grievance Form _____

Describe Your Grievance with officer Cosby behind them yelling and stating that I was faking, nothing is wrong with him. Nurse Isabell ask me to get up. I told him that I couldn't, he stated "while officer Cosby still yelling" if I can not get up, theres nothing I can do for you! Un Quiot, and they left me on the floor. No Sgt never came an seen me. Officer Blackburn came in making second shift head count, officer Cosby told him that I was Faking. That officer, Fail to act in my behalf, as well officer Cosby

Inmate Signature Ronnie Powell  Date/Time Submitted 5/1/06

------

Officer/Supervisor Response

Receiving Officer's Signature _____  Date/Time _____

Response to Grievance _____

Detention Officer (If Resolved Issue) Signature _____  Date/Time _____

Supervisor Signature _____  Date/Time _____

Division Commander Review _____

Date: _____  Division Commander Signature _____

White:DivCmdr    Canary:Grievance Supervisor    Pink:Final Disposition (Inmate Copy)    Gold: 1st Inmate Copy

*Continuation Form 1 of 10 Grievance*

# Madison County Sheriff's Department
## Correction's Division
## Inmate Grievance Form

Inmate Name **Ronnie Powell**    Jail I.D. Number **36478**    Housing Unit **C-1/SN**

Date/Time of Incident **4/29/06**    Officer Providing Grievance Form _____

Describe Your Grievance Cut my water off. I slayed on the Floor all night. no Sgt came to my aid. the inmates call officer Standbrook and told him I was still on the Floor. he came in C-1 and told me through Food slot, that the Sgt was coming to see me but never came. Around 3:30 in the morning officer Standbrook and nurse Isabell was doing pill call, I was still on the Floor. the nurse Isabell told me to get up to Receive my meds I told him that couldn't

Inmate Signature _**Ronnie Powell**_    Date/Time Submitted **5/1/06**

---

Officer/Supervisor Response

Receiving Officer's Signature _____    Date/Time _____

Response to Grievance _____

Detention Officer (If Resolved Issue) Signature _____    Date/Time _____

Supervisor Signature _____    Date/Time _____

Division Commander Review _____

Date: _____    Division Commander Signature _____

White:DivCmdr    Canary:Grievance Supervisor    Pink:Final Disposition (Inmate Copy)    Gold: 1st Inmate Copy

Grievance Form Continuation
Form 1 of 11 Grievance

## Madison County Sheriff's Department
## Correction's Division
## Inmate Grievance Form

Inmate Name Ronnie Powell  Jail I.D. Number 36478  Housing Unit C-1/5N

Date/Time of Incident 4/30/06  Officer Providing Grievance Form _____

Describe Your Grievance get up, officer stanbrook saided that I refuse my meds, that's a lie. They both lift me still on the floor. Shift Change, officer Cosby and officer Quashie was back! noone still hadn't help me, water was still off. officer Cosby was at my door with my food tray, still talking "shit" Quiat! I bet he get up and get that tray unquiot. So I got mad and we exchange some words with one another. I was scared to eat my food tray because

Inmate Signature Ronnie Powell   Date/Time Submitted 4/30/06  R.P.

------------------------------------------------------------

### Officer/Supervisor Response

Receiving Officer's Signature _____  Date/Time 5/1/06 1414

Response to Grievance _____

Detention Officer (If Resolved Issue) Signature _____ Date/Time _____

Supervisor Signature _____ Date/Time _____

Division Commander Review _____

Date: _____ Division Commander Signature _____

White:DivCmdr   Canary:Grievance Supervisor   Pink:Final Disposition (Inmate Copy)   Gold: 1st Inmate Copy

Grievance Form Continuation
Form 1 of 12 Grievance

## Madison County Sheriff's Department
## Correction's Division
## Inmate Grievance Form

Inmate Name: Ronnie Powell   Jail I.D. Number: 36478   Housing Unit: C-1/SN

Date/Time of Incident: 4/30/06   Officer Providing Grievance Form: _____

Describe Your Grievance: I didn't trust officer Cosby. I Drunk my milk because my water was off all night! except for the tolit water. That when officer Cosby stated that he was going to write me up for cussing at him. So I had to get some one up here. So I flooded my cell. So that was the first time I seen a sgt or Lt. Since I was assulted lay on the floor. officer Quashie came to my cell and ask me to stop flooding my cell. I didn't he to[?]

Inmate Signature: Ronnie Powell   Date/Time Submitted: 5/1/06 RP

--------

Officer/Supervisor Response

Receiving Officer's Signature: _____   Date/Time: 5/1/06 /10/14[?]

Response to Grievance _____

Detention Officer (If Resolved Issue) Signature _____   Date/Time _____

Supervisor Signature _____   Date/Time _____

Division Commander Review _____

Date: _____   Division Commander Signature _____

White:DivCmdr   Canary:Grievance Supervisor   Pink:Final Disposition (Inmate Copy)   Gold: 1st Inmate Copy

Grievance Continuation
Form 1 of 13 Grievance

# Madison County Sheriff's Department
## Correction's Division
## Inmate Grievance Form

Inmate Name **Ronnie Powell** Jail I.D. Number **36478** Housing Unit **C-1/SN**

Date/Time of Incident **4/30/06** Officer Providing Grievance Form _____

Describe Your Grievance glasses, open my cell, I was on my knees he knock me down on the floor and plut handcuff tightly on my wrist, officer cosby came in behine him and put leg cuff on my ankel, they both roll me over on my back and they both drug me on my back in the water by the handcuff and by the leg cuff, Disregarding my medcail sisuation, they burn my back and head over the door plate. I would like to file assult complaint on

Inmate Signature **Ronnie Powell** Date/Time Submitted **5/1/06 9:00 AM**

------

Officer/Supervisor Response

Receiving Officer's Signature _____ Date/Time **5/1/06 /14/14**

Response to Grievance _____

Detention Officer (If Resolved Issue) Signature _____ Date/Time _____

Supervisor Signature _____ Date/Time _____

Division Commander Review _____

Date: _____ Division Commander Signature _____

White:DivCmdr    Canary:Grievance Supervisor    Pink:Final Disposition (Inmate Copy)    Gold: 1st Inmate Copy

Grievance Form Continuation
Form 2 of 14 Grievance

# Madison County Sheriff's Department
## Correction's Division
### Inmate Grievance Form

Inmate Name: Ronnie Powell  Jail I.D. Number: 36478  Housing Unit: C-1/SN

Date/Time of Incident: 4/29/06  Officer Providing Grievance Form: _____

Describe Your Grievance: Officer Cosby, officer Quashie for his part in this. And ever officer that knew about my situation and fall to Act or help me. I need A 1983 Form from the sheriff's Department or the Court to _____ while _____ haven't be physic seen by a Doctor a Nurse never got no vigion sing check. It's wrong for all Madison County sheriff and Nurse to stick together when a inmate is hurt!

Inmate Signature: Ronnie Powell  Date/Time Submitted: 5/1/06

Officer/Supervisor Response

Receiving Officer's Signature: _____  Date/Time: 5-1-06/ 8414

Response to Grievance: _____

Detention Officer (If Resolved Issue) Signature: _____  Date/Time: _____

Supervisor Signature: _____  Date/Time: _____

Division Commander Review: _____

Date: _____  Division Commander Signature: _____

White: DivCmdr    Canary: Grievance Supervisor    Pink: Final Disposition (Inmate Copy)    Gold: 1st Inmate Copy