**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Clerk of Court
United States District Court
Hugo L. Black U. S. Courthouse
1729 Fifth Avenue, North
Birmingham, AL 35203

2. Article Number (Copy from service label)
7005 1820 0002 3465 1129

PS Form 3811, July 1999   Domestic Return Receipt   102595-00-

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): SONJA JENKINS
B. Date of Delivery: 10/19/06
C. Signature: X [signature]
   ☐ Agent
   ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes ☐ No
   If YES, enter delivery address below:
   2:06CV824
   entire file

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes